IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                    Case No. 1:15-cv-01008

MARY A. HAUPT                                                      DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion to Dismiss Complaint.  (ECF No. 6).  Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing a notice of dismissal before the opposing party serves an answer.  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of June, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge